## STATEMENT OF FACTS

On August 10, 2014, members of the Metropolitan Police Department's Narcotics Special Investigations Division – Gun Recovery Unit were on patrol in the Seventh District when they observed defendant Steven Griggs standing the front walkway of an apartment building located at 137 Ivanhoe Street, SW, Washington, DC.  As the officers drove by and slowed down, the defendant appeared to look nervous and avoided contact with the officers. Officers stepped out of the vehicle to approach the defendant when the defendant gained entry into the apartment building and began to run up the stairway. Officers gained entry into the apartment building and heard a loud commotion coming from an apartment. Officers proceeded to the open apartment door where the loud commotion was heard and asked if everything was ok. Officers entered the apartment and observed the defendant walked from the back bedroom with his hands raised in the air. Officers secured the defendant and was given consent to search from the lessee of the apartment. Officers searched the back bedroom of the apartment where the defendant walked from and observed torn down blinds, an open window and a broken screen which leads them to believe the defendant tossed the gun outside. An officer went outside and underneath the bedroom window was a loaded Ruger 9mm caliber handgun.  The defendant was placed under arrest. To the best of the undersigned officer's knowledge, defendant Steven Griggs, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court for the District of Columbia, Criminal Case No. 2010-CF2-005723.  This understanding is based on the undersigned officer's review of at least one computer print-out of the defendant's criminal history, which showed that the defendant had been convicted of such crime.  It is also the undersigned officers' understanding that there are no Ruger 9mm caliber handguns nor 9mm ammunition manufactured in the District of Columbia.

_____
OFFICER CHAD LEO
METROPOLITAN POLICE DEPARTMENT
NARCOTICS SPECIAL INVESTIGATIONS DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF AUGUST, 2014.

_____
U.S. MAGISTRATE JUDGE